

John K. Rossman, Attorney
Benjamin J. Kirk, Attorney
Trevor S. Johnson, Attorney
Abigail S. Ellis, Attorney
Jordan D. Lippert, Attorney
John H. Bedard, Jr., Of Counsel
Ronald S. Canter, Of Counsel
Jonathan Aust, Of Counsel
David Kleber, Of Counsel

July 8, 2026

The Honorable Nina R. Morrison                                   ***Via ECF***
Judge of United States District Court
Eastern District of New York

**Re:    Request for Leave to File Opposition to Plaintiff's Emergency Letter-Motion to Strike [ECF No. 53]**
**Hassan v. Spring Oaks Capital, LLC & Spring Oaks Capital SPV, LLC**
**Court File No. 1:25-cv-04850-NRM-CHK**

Dear Judge Morrison,

Plaintiff filed an unauthorized sur-reply entitled Plaintiff's Emergency Letter-Motion to Strike Paragraphs 3 and 4 of the Kirk Declaration and New Subpoena Objections [ECF No. 53].

Pursuant to Rule 5.3.4 of your Individual Practice Rules requiring authorization before filing any sur-replies, Defendants Spring Oaks Capital, LLC & Spring Oaks Capital SPV, LLC ("Spring Oaks") respectfully request that, to the extent the Court accepts Plaintiff's sur-reply, the Court consider the enclosed responsive memorandum in opposition on behalf of Spring Oaks.

Very truly yours,

**ROSSMAN KIRK, PLLC**

*/s/ Benjamin J. Kirk*

Benjamin J. Kirk
(*Pro Hac Vice*)
Counsel for Defendants
Spring Oaks Capital, LLC
& Spring Oaks Capital SPV, LLC